Appeals for the Second Circuit denied. *Messrs. John W. Davis, Wm. C. Cannon* and *Theodore Kiendl* for petitioner. *Messrs. Henry G. Hotchkiss* and *Wm. H. White, Jr,.* for respondent.

---

No. 546. NATIONAL BEN FRANKLIN FIRE INSURANCE COMPANY *v.* WILLIAM M. FILKINS, TRUSTEE; and

No. 547. THE YORKSHIRE INSURANCE COMPANY, LIMITED, *v.* SAME. November 21, 1927. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Abner Siegal* for petitioners. *Mr. Harry E. Newell* for respondent.

---

No. 550. TUCKER BARNETT ET AL. *v.* PRAIRIE OIL & GAS COMPANY ET AL. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Lewis C. Lawson* for petitioners. *Messrs A. A. Davidson* and *T. J. Flannelly* for respondents.

---

No. 553. OLD COLONY TRUST COMPANY ET AL., EXECUTORS, *v.* JOHN F. MALLEY, FORMER COLLECTOR, ET AL. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. O. Walker Taylor, Frank W. Gunnell, George L. Shearer* and *Robert C. Shilley* for petitioners. *Solicitor General Mitchell* and *Assistant Attorney General Willebrandt* for respondent.

---

No. 555. LEVI LURIE *v.* UNITED STATES. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Henry C. Walters, Arthur P. Hicks* and *Cashan P. Head*